UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TAHIR CHOUDRY, | : | |
| CHOUDRY PETROLEUM, and | : | |
| ABDULLAH ENTERPRISE, LLC, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | 3:11-cv-436 (CSH) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Defendant. | : | |

## RULING ON MOTION TO DISMISS FOR FAILURE TO PROSECUTE

The motion of Defendant, the United States of America, to dismiss this action on the basis of Plaintiffs' failure to prosecute is GRANTED. Specifically, Plaintiffs have failed to make any response with respect to the answers to interrogatories and production of documents, which Judge Dorsey directed them to make in his order filed on December 7, 2011 [Doc. No. 17]. Plaintiffs had ten days within the date of that order to comply and have failed to do so. Counsel for the United States further states that Plaintiffs' counsel does not respond to attempts to communicate with him. This failure to prosecute, on several levels, entirely justifies, indeed it requires, dismissal of this action with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Clerk is directed to close the file.

    It is SO ORDERED.

Dated: New Haven, Connecticut
       March 9, 2012

                                                /s/Charles S. Haight, Jr.
                                                Charles S. Haight, Jr.
                                                Senior United States District Judge